| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) McKeown, Mary M. | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 07/31/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U. S. Court of Appeals
401 West A Street Suite 2000
San Diego CA 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managerial Board | International Association of Women Judges |
| 2. | Board of Visitors | Georgetown University Law Center |
| 3. | Board | ABA Rule of Law Initiative |
| 4. | Council | American Law Institute |
| 5. | Board | ABA FJE East Asia, Ltd |
| 6. | Instructor | Northwestern University Law School |
| 7. | Instructor | University of San Diego Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/31/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spring 2017 | Northwestern University Law School | $10,000.00 |
| 2. Spring 2017 | University of San Diego Law School | $10,527.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | University of California San Diego - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ALI | January 18-20, 2017 | Philadelphia, Pennsylvania | Council Meeting | Transportation, lodging and meals |
| 2. | University College London/ Lawyers Without Borders | February 7-17, 2017 | London; Tanzania | Lecture; Rule of Law Teaching | Transportation, lodging and meals |
| 3. | Northwestern Law School | April 26-28, 2017 | Chicago, Illinois | Teaching | Transportation, lodging and meals |
| 4. | ABA ROLI | May 3-4, 2017 | Washington, D.C. | Board Meeting | Transportation, lodging and meals |
| 5. | International Trademark Association | May 18-21, 2017 | Barcelona, Spain | Trademark Speech | Transportation, lodging and meals |
| 6. | University of San Diego | June 19-29, 2017 | Paris, France | Teaching | Transportation, lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/31/2018 |

| | | | | |
|---|---|---|---|---|
| 7. | ABA/Lawyers Without Borders | July 29-August 9, 2017 | Tanzania | Rule of Law Teaching | Transportation, lodging and meals |
| 8. | ALI | October 18-20, 2017 | New York, New York | Council Meeting | Transportation, lodging and meals |
| 9. | University of Wyoming | October 24-26, 2017 | Laramie, Wyoming | Teaching/Research | Transportation and meals |
| 10. | ABA ROLI | October 30-November 3, 2017 | Marakech, Morocco | Board Meeting | Transportation, lodging and meals |
| 11. | Georgetown University | November 8-9, 2017 | Washington, D.C. | Board of Visitors Meeting | Lodging and meals |
| 12. | IAJ | November 11-16, 2017 | Santiago, Chile | Annual Meeting | Transportation, lodging and meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | RENTAL PROPERTY - SAN FRANCISCO CA | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BANK OF AMERICA | A | Interest | L | T | | | | | |
| 2. NORTHERN TRUST (CASH) | A | Interest | N | T | | | | | |
| 3. BOEING (BA) | A | Dividend | K | T | | | | | |
| 4. RENTAL PROPERTY #1, SAN FRANCISCO CA (50% INTEREST) | E | Rent | O | W | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. ABBVIE INC COM (ABBV) | A | Dividend | J | T | | | | | |
| 7. AMER EX (AXP) | A | Dividend | K | T | | | | | |
| 8. AMER WTR WKS (AWK) | A | Dividend | J | T | | | | | |
| 9. AMGEN INC (AMGN) | A | Dividend | K | T | | | | | |
| 10. APPLE INC (AAPL) | A | Dividend | K | T | | | | | |
| 11. AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 12. AUTOMATIC DATA PROC (ADP) | A | Dividend | J | T | | | | | |
| 13. BRISTOL MEYES SQUIBB CO COM (BMY) | A | Dividend | J | T | | | | | |
| 14. CITRIX SYS (CTXS) | | None | J | T | | | | | |
| 15. COSTCO WHOLESALE (COST) | A | Dividend | K | T | | | | | |
| 16. CVS CAREMARK (CVS) | A | Dividend | J | T | | | | | |
| 17. DANAHER CORP (DHR) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DOMINION RES (D) | A | Dividend | J | T | | | | | |
| 19. DOWDUPONT (DWDP) (FORMERLY DUPONT (DD)) | A | Dividend | J | T | | | | | |
| 20. EATON CORP COM (ETN) | A | Dividend | J | T | | | | | |
| 21. ENBRIDGE INC (ENB) (FORMERLY SPECTRA ENERGY (SE)) | A | Dividend | J | T | | | | | |
| 22. EXPRESS SCRIPTS HLDG (ESRX) | | None | J | T | | | | | |
| 23. FORTIVE CORP COM (FTV) | A | Dividend | J | T | | | | | |
| 24. FRNKLN RES (BEN) | A | Dividend | J | T | | | | | |
| 25. HOME DEPOT (HD) | A | Dividend | K | T | | | | | |
| 26. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 27. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 28. JOHNSON CTLS INC (JCI) | A | Dividend | J | T | | | | | |
| 29. LOGMEIN (LOGM) | A | Dividend | J | T | Spinoff (from line 14) | 02/06/17 | J | | |
| 30. MCDONALDS (MCD) | A | Dividend | J | T | | | | | |
| 31. MEDTRONIC PLC COMMON STOCK (MDT) | A | Dividend | J | T | | | | | |
| 32. MFB NORTH FDS FX INC (NOFIX) | D | Dividend | M | T | | | | | |
| 33. MFB NORTH FDS GLOBAL RE INDEX (NGREX) | C | Dividend | M | T | | | | | |
| 34. MFB NORTH HI YLD FXD INC (NHFIX) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US GOVT MM FUND (NOGXX) | A | Dividend | K | T | | | | | |
| 36. MFC FLEXSHARES 3 YR (TDTF) | A | Dividend | J | T | | | | | |
| 37. MFC FLEXSHARES 5 YR (TDTT) | A | Dividend | J | T | | | | | |
| 38. MFC FLEXSHARES TR MRNGSTR GLBL UPSTREAM NAT RES INDEX (GUNR) | B | Dividend | L | T | | | | | |
| 39. MFC ISHARES CORE S&P (IJR) | B | Dividend | M | T | | | | | |
| 40. MFC ISHARES RUSSELL 1000 (IWD) | A | Dividend | K | T | | | | | |
| 41. MFC SCTR SPDR BEN INT-HLTH CARE (XLV) | A | Dividend | K | T | | | | | |
| 42. MFC SLCT SCTR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | | | | | |
| 43. MFC SELECT SECT SPDR ENERGY (XLE) | A | Dividend | K | T | | | | | |
| 44. MFC SELECT SECT SPDR FINL (XLF) | A | Dividend | L | T | | | | | |
| 45. MFC SELECT SECTOR SPDR TECH (XLK) | A | Dividend | K | T | | | | | |
| 46. MFC SELECT SECTOR CNSMR DISC COM (XLY) | A | Dividend | J | T | | | | | |
| 47. MFC VANGUARD EMERG (VWO) | C | Dividend | M | T | Buy (add'l) | 12/21/17 | K | | |
| 48. MFC VANGUARD INTL EQ (VEU) | D | Dividend | N | T | Buy (add'l) | 12/21/17 | K | | |
| 49. NIKE INC CL B (NKE) | A | Dividend | J | T | | | | | |
| 50. NORFOLK SOUTH (NSC) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 52. OMNICOM GRP (OMC) | A | Dividend | J | T | | | | | |
| 53. ORACLE CORP (ORCL) | A | Dividend | J | T | | | | | |
| 54. PEPSI CO INC (PEP) | A | Dividend | K | T | | | | | |
| 55. PRINCIPAL FIN GRP (PFG) | A | Dividend | J | T | | | | | |
| 56. PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 57. QUALCOMM INC COM (QCOM) | A | Dividend | J | T | | | | | |
| 58. SELECT SECT SPDR INDL (XLI) | A | Dividend | J | T | | | | | |
| 59. SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 60. SPDR S&P MIDCAP (MDY) | B | Dividend | M | T | | | | | |
| 61. UNITED TECH CORP (UTX) | A | Dividend | J | T | | | | | |
| 62. VF CORP (VFC) | A | Dividend | K | T | | | | | |
| 63. WHOLE FOODS MKT (WFM) | A | Dividend | | | Redeemed | 08/28/17 | J | | |
| 64. IRA #2 (H) | | | | | | | | | |
| 65. TEMPLETON FOREIGN CL A (TEMFX) | B | Dividend | L | T | Buy (add'l) | 12/27/17 | J | | |
| 66. IRA #3 (H) | | | | | | | | | |
| 67. AMERICAN BALANCED CL A (ABALX) | C | Dividend | L | T | Buy (add'l) | 12/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. 403(b) #1 (H) | | | | | | | | | |
| 69. UC SAVINGS FUNDS | A | Dividend | L | T | | | | | |
| 70. FIDELITY CONTRA (FCNTX) | A | Dividend | N | T | | | | | |
| 71. FIDELITY EURO CAP APPREC (FDCAX) | B | Dividend | L | T | | | | | |
| 72. FIDELITY SELECT TECH/PURITAN | B | Dividend | K | T | | | | | |
| 73. FIDELITY SELECT INDUS EQUIP (FSCGX) | | None | K | T | | | | | |
| 74. FIDELITY SMALL CAP DISCOVERY (FSCRX) | | None | K | T | | | | | |
| 75. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 76. ABBOTT LAB (ABT) | A | Dividend | J | T | | | | | |
| 77. ABBVIE (ABBV) | A | Dividend | J | T | | | | | |
| 78. AMER EX (AXP) | A | Dividend | J | T | | | | | |
| 79. AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 80. APPLE (APPL) | A | Dividend | K | T | | | | | |
| 81. AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 82. BRISTOL MEYERS SQUIBB CO COM (BMY) | A | Dividend | J | T | | | | | |
| 83. CITRIX SYS (CTXS) | | None | J | T | | | | | |
| 84. COSTCO (COST) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. CVS CAREMARK (CVS) | A | Dividend | J | T | | | | | |
| 86. DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 87. DOMINION (D) | A | Dividend | J | T | | | | | |
| 88. DOWDUPONT (DWDP) (FORMERLY DUPONT (DD)) | A | Dividend | J | T | | | | | |
| 89. ENBRIDGE INC (ENB) (FORMERLY SPECTRA ENERGY (SE)) | A | Dividend | J | T | | | | | |
| 90. EXPRESS SCRIPTS HLDG (ESRX) | | None | J | T | | | | | |
| 91. FORTIVE CORP (FTV) | A | Dividend | J | T | | | | | |
| 92. GRAINGER (GWW) | A | Dividend | J | T | | | | | |
| 93. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 94. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 95. MCDONALDS (MCD) | A | Dividend | J | T | | | | | |
| 96. MEDTRONIC PLC COMMON STOCK (MDT) | A | Dividend | J | T | | | | | |
| 97. MFB NORTH FDS CALIF INTER TAX EXPT (NCITX) | C | Dividend | M | T | | | | | |
| 98. US GOVT MM FUND (NOGXX) | A | Dividend | K | T | | | | | |
| 99. MFB NORTH FDS CA TAX EXPT (NCATX) | B | Dividend | L | T | | | | | |
| 100. MFB NORTH HI YIELD FXD INC (NHFIX) | D | Dividend | L | T | | | | | |
| 101. MFB NORTH STK INDEX (NOSIX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. MFB NORTH MM GLOBAL RE (NMMGX) | B | Dividend | K | T | | | | | |
| 103. MFB NORTH INTL EQTY INDEX (NOINX) | C | Dividend | M | T | Buy (add'l) | 12/21/17 | J | | |
| 104. MFC FLEXSHRS 5 YR (TDTF) | A | Dividend | J | T | | | | | |
| 105. MFC FLEXSHRS 3 YR (TDTT) | A | Dividend | J | T | | | | | |
| 106. MFC ISHARE TR CORE S&P (IJR) | A | Dividend | K | T | | | | | |
| 107. MFC SECTOR SPDR BEN INT-HLTH (XLV) | A | Dividend | K | T | | | | | |
| 108. MFC SLT SECTOR SPDR ENERGY (XLE) | A | Dividend | J | T | | | | | |
| 109. MFC SLT SECTOR SPDR FINANCIAL (XLF) | A | Dividend | K | T | | | | | |
| 110. MFC SLECT SECTOR SPDR TECH (XLK) | A | Dividend | K | T | | | | | |
| 111. MFC FLEXSHARES MORNINGSTAR GLOBAL NAT RES FD (GUNR) | A | Dividend | K | T | | | | | |
| 112. MFC VANGUARD MSCI EMERGING MKTS (VWO) | B | Dividend | L | T | Buy (add'l) | 12/21/17 | J | | |
| 113. MFO DFA INVT DIMENSIONS (DFREX) | A | Dividend | K | T | | | | | |
| 114. NIKE INC CL B (NKE) | A | Dividend | J | T | | | | | |
| 115. NORFOLK SOUTH (NSC) | A | Dividend | J | T | | | | | |
| 116. OMNICOM GRP (OMC) | A | Dividend | J | T | | | | | |
| 117. ORACLE (ORCL) | A | Dividend | J | T | | | | | |
| 118. PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.  PRINCIPAL FINL GRP (PFG) | A | Dividend | J | T | | | | | |
| 120.  PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 121.  QUALCOMM (QCOM) | A | Dividend | J | T | | | | | |
| 122.  SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 123.  SPDR S&P MIDCAP (MDY) | A | Dividend | K | T | | | | | |
| 124.  UNITED TECH (UTX) | A | Dividend | J | T | | | | | |
| 125.  VF CORP COM (VFC) | A | Dividend | J | T | | | | | |
| 126.  WHOLE FOODS MKT (WFM) | A | Dividend | | | Redeemed | 08/28/17 | J | | |
| 127.  BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 128.  AIM VI TECH FUND | | None | K | T | | | | | |
| 129.  ALGER LARGE CAP GROWTH (AAGOX) | | None | K | T | | | | | |
| 130.  AMER CENTURY VP INTL (AVIIX) | | None | J | T | | | | | |
| 131.  BARON GROWTH OPPORT FND | | None | K | T | | | | | |
| 132.  SCHWAB S&P 500 INDEX FUND (SWPPX) | | None | K | T | | | | | |
| 133.  BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 134.  FIDELITY MID-CAP (FMCSX) | A | Dividend | K | T | | | | | |
| 135.  FIDELITY PURITAN (FPURX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/31/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3: This entry consolidates all of the Northern Trust cash accounts identified in my prior report (see 2016, lines 24, 26, 28, 30, 180, and 182). No reportable transactions are associated with this consolidation.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary M. McKeown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544